# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDYN ROCHA, *individually and on behalf of all those similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALL THINGS GO LLC,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00741-JLT-SAB<br><br>ORDER DISREGARDING FIRST AMENDED COMPLAINT; VACATING OCTOBER 30, 2025 SCHEDULING CONFERENCE; AND REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT<br><br>**THIRTY-FIVE DAY DEADLINE** |

　　　　Plaintiff commenced this action on June 18, 2025. (ECF No. 1.) On September 22, 2025, the Court directed Plaintiff to file for an entry of default. (ECF No. 6.) While Plaintiff timely complied, and the Clerk entered an entry of default thereof (ECF Nos. 8, 9), Plaintiff also filed a first amended complaint. (ECF No. 7.) Plaintiff did not move for leave to amend, and the time to leave to amend as a matter of course had previously passed. Fed. R. Civ. P. 15(a)(1)(A).

　　　　Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, a plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir.

1991) (cleaned up).

As Defendant in this matter is in default, the Court will vacate the initial scheduling conference and set a deadline for a motion for default judgment to be filed. Because the time has passed for Plaintiff to file an amended complaint as a matter of course and Plaintiff did not move for leave to amend, the Court will disregard the first amended complaint.

Should Plaintiff wish to file an amended complaint, he is advised that he will need to 1) move to set aside the entry of judgment; 2) move for leave to amend; 3) assuming the Court would grant the motion, Plaintiff would then need to effectuate service of the amended complaint; 4) wait the requisite amount of time for Defendant to default on appearing as to the amended complaint; and finally 5) move for an entry of default should Defendant subsequently default.

Accordingly, IT IS HEREBY ORDERED that:

1. The first amended complaint (ECF No. 7) is DISREGARDED;
2. Within **thirty-five (35) days** from the date of entry of this order, Plaintiff shall file a motion for default judgment based on the original complaint (ECF No. 1);
3. The initial scheduling conference set for October 30, 2025, is VACATED; and
4. Plaintiff is advised that the failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **October 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge