# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDYN ROCHA, *individually and on behalf of all those similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>ALL THINGS GO LLC.<br><br>Defendant. | Case No.  1:25-cv-00741-JLT-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL DECLARATION<br><br>(ECF No. 15) |

Before the Court is Plaintiff's motion for an extension of time to file a supplemental declaration in support of the pending motion for default judgment. (ECF Nos. 12, 15.) Upon review and consideration, the Court GRANTS Plaintiff's motion and permits Plaintiff to file a supplemental declaration **no later than the close of business day on February 4, 2026.**[1]

IT IS SO ORDERED.

Dated:   **January 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court observes that Plaintiff was afforded an opportunity to file a supplemental declaration to clarify issues related to service by the close of business day on January 21, 2026. (ECF No. 14.)  Plaintiff's belated request for an extension of time is not well-taken.  Plaintiff is admonished that failure to file the supplemental declaration by the deadline set by the Court may result in the issuance of an order to show cause and the imposition of sanctions.

1