**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDYN ROCHA, | Case No. 1:25-cv-00741 JLT SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| ALL THINGS GO, LLC, | |
| Defendant. | |

On November 6, 2025, Plaintiff filed a motion for default judgment in this action arising under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. (Doc. 12.) The assigned magistrate judge issued findings and recommendations to grant Plaintiff's motion. (Doc. 18.) The Court advised the parties that any objections were due within fourteen (14) days and that the "failure to file objections within the specified time may result in the waiver of right to challenge the magistrate's factual findings on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) No objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on (Doc. 18), are **ADOPTED** in full.

2. Plaintiff's motion for default judgment (Doc. 12) is **GRANTED**.

3. Plaintiff is awarded a total of $2,500 in statutory damages.

4. The Clerk of Court is directed to enter judgment and **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **March 6, 2026**

UNITED STATES DISTRICT JUDGE

2